**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-9565<br>18-cv-9570<br>18-cv-9587<br>18-cv-9588<br>18-cv-9589<br>18-cv-9590<br>18-cv-9650<br>18-cv-9665 | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**NOTICE OF MOTION AND MOTION
FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Marc A. Weinstein, a partner with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Markus A. Stadler is no longer associated with the law firm Hughes Hubbard & Reed LLP.  Jonathan W. Fitch and Jared L. Hubbard, partners with the law firm Fitch Law Partners LLP, will continue to serve as Massachusetts counsel for Plaintiff Skatteforvaltningen, and I and William R. Maguire, a partner with the law firm Hughes Hubbard & Reed LLP, will continue to serve as lead counsel for Plaintiff Skatteforvaltningen.  Accordingly, I hereby request that Mr. Stadler's name and email address be removed from the official docket of this multi-district litigation and the specific actions referenced above.

Dated: New York, New York
September 16, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Marc A. Weinstein
William R. Maguire
Marc A. Weinstein
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Marc.weinstein@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge