# Exhibit 11



Case 1:18-md-02865-LAK   Document 329-18   Filed 04/27/20   Page 2 of 2

Elysium Global Group Structure Chart — 22 February 2015